60 A.3d 492

IN THE MATTER OF STEPHEN H. SKOLLER, AN ATTORNEY AT LAW (ATTORNEY NO. 021901983).

February 28, 2013.

## ORDER

The matter having been duly presented to the Court on the recommendation of the Disciplinary Review Board (DRB 12–361), it is ORDERED that **STEPHEN H. SKOLLER of SOUTH**

**ORANGE,** who was admitted to the bar of this State in 1983, and who was suspended from the practice of law for a period of two years since March 24, 2006, by Order of this Court filed March 24, 2006, be restored to the practice of law, effective immediately; and it is further

ORDERED that **STEPHEN H. SKOLLER** shall complete his annual attorney registration and pay all required fees for 2013 within sixty days after the filing date of this Order.